UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN LUIS BACKUS,<br>　　Petitioner | )<br>)<br>) |
| v. | )　　Cr. No. 07-10404-NMG |
| UNITED STATES OF AMERICA,<br>　　Respondent | )<br>)<br>)<br>) |

**GOVERNMENT'S MOTION TO STAY LITIGATION PENDING
SUPREME COURT'S DECISION IN *BECKLES V. UNITED STATES***

The United States of America respectfully moves this Court to stay the litigation in this 28 U.S.C. §2255 matter pending the U.S. Supreme Court's decision in *Beckles v. United States*, Docket No. 13-13569. In support of this motion, the government states as follows:

1. In *Johnson v. United States*, 135 S.Ct. 2551 (1991), the U.S. Supreme Court held that the residual clause of the Armed Career Criminal Act ("ACCA"), 18 U.S.C. §924(e)(2)(B)(ii), which defines the term "violent felony" to include an offense that "involves conduct that presents a serious potential risk of physical injury to another," is unconstitutionally vague. In *Welch v. United States*, 136 S. Ct. 1257 (2016), the Court held that *Johnson* announced a substantive rule of constitutional law that applies retroactively to ACCA cases on collateral review. The Court has not held that *Johnson* applies to the United States Sentencing Guidelines (although that is the government's position), or that it applies

*Motion allowed, in part, and denied, in part; the case is stayed for 90 days. On or before Nov. 8, 2016, the government will file a status report on the Beckles case and the Court will reconsider the pendency of the stay. s/NM Gorton, USDJ 8/9/16*

1